# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THIAMOND KING

    VS                                              CASE NO.  3:07cv287/LAC/MD

FLORIDA DEPARTMENT OF
CORRECTIONS, ET AL.

**REFERRAL AND ORDER**

Referred to Senior Judge Collier on     January 18, 2008
Type of Motion/Pleading: <u>MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS*</u>
(Prisoner consent form on appeal of Civil Rights Action and Financial Certificate)
Filed by: <u>PLAINTIFF</u>      on 1/18/08      Document 30

( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                      on _____ Doc.# _____
                                      on _____ Doc.# _____
                                      WILLIAM M. McCOOL, CLERK OF COURT

                                      */s/ Elizabeth Cooley*
                                      Deputy Clerk: Elizabeth Cooley

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 23rd day of January, 2008, that:

(a)   The requested relief is DENIED.  (See doc. 28)

(b)   This appeal is not taken in good faith and plaintiff is not otherwise entitled to so proceed.

                                              s/*L.A. Collier*
                                              LACEY A. COLLIER
                                              SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                              Document No.